UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

GHASSAN GEORGE MOUREY

              Petitioner,

              v.

MARK BOWEN,

              Respondent.

Case No. 5:25-cv-03262-WLH (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS **ORDERED** that Judgment be entered: (a) Ordering Petitioner's immediate release from custody on his previous conditions of supervision; and (b) enjoining Respondent and his officers, agents, employees, attorneys and persons acting on his behalf in concert or in participation with him, from: (i) Re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the Government bears the burden of providing by clear and convincing evidence that Petitioner is a flight risk or danger to the community either because Petitioner has violated a term of his release or because his deportation to Kuwait is imminent and the necessary documents from the Republic of Kuwait have issued and are in the possession of ICE; and (ii) from removing Petitioner to any country other than Kuwait without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

Dated: February 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE